**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| VALERIE J THOMAS | § | Case No. 11-19553 |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GREGG SZILAGYI, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                  219 S. Dearborn Street
                  Chicago, IL  60604
Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 02/26/2014 in Courtroom 613,
                  U.S. Bankrptcy Court
                  219 S. Dearborn Street
                  Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/28/2014            By: /s/ Gregg Szilagyi
                                             Trustee


*GREGG SZILAGYI*
*542 SOUTH DEARBORN STREET*
*SUITE 1400*
*CHICAGO, IL  60605*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
VALERIE J THOMAS                    §      Case No. 11-19553
                                    §
        Debtor(s)                   §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 31,339.93 |
| and approved disbursements of | $ | 14,804.35 |
| leaving a balance on hand of[1] | $ | 16,535.58 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Gregg Szilagyi | $ 3,143.32 | $ 0.00 | $ 3,143.32 |
| Attorney for Trustee Fees: P. C. Gaffney and Gaffney | $ 10,175.70 | $ 0.00 | $ 8,715.67 |
| Other: BALDI BERG & WALLACE | $ 5,460.00 | $ 0.00 | $ 4,676.59 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 16,535.58 |
| Remaining Balance | $ 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 2,789.59 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | IRS | $ 2,789.59 | $ 0.00 | $ 0.00 |
| | Total to be paid to priority creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 14,327.28 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | $ 698.30 | $ 0.00 | $ 0.00 |
| 2 | Discover Bank | $ 8,986.79 | $ 0.00 | $ 0.00 |
| 4 | N. A. Capital One Bank (USA) | $ 2,597.38 | $ 0.00 | $ 0.00 |
| 5 | American Express Centurion Bank | $ 1,673.01 | $ 0.00 | $ 0.00 |
| 6 | N. A. Capital One | $ 371.80 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Gregg Szilagyi
Trustee

GREGG SZILAGYI
542 SOUTH DEARBORN STREET
SUITE 1400
CHICAGO, IL  60605

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-19553-TAB
Valerie J Thomas                                                    Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: pseamann          Page 1 of 2          Date Rcvd: Jan 29, 2014
                             Form ID: pdf006         Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2014.
db        +Valerie J Thomas,   10921 S. Wood Street,   Chicago, IL 60643-3419
17244278  +American Express,   Po Box 981535,   El Paso, TX 79998-1535
18868119   American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17244279  #+Baker & Miller,   29 North Wacker Drive,   Chicago, IL 60606-3227
17244280  +Bank Of America,   Attn: Bankruptcy NC4-105-02-77,   Po Box 26012,   Greensboro, NC 27420-6012
17244281   Blatt, Hasenmiller Leibsker & Moore,   125 S. Wacker Drive Suite # 400,   Chicago, IL 60606-4440
17244282  ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
           (address filed with court: Capital One, N.a.,   Bankruptcy Dept,   Po Box 5155,
             Norcross, GA 30091)
18843553   Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
19091457   Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17244283  +Chase,   P.o. Box 15298,   Wilmington, DE 19850-5298
17244284  +Citifinancial Services, Inc.,   1111 Northpoint Drive,   Charlotte, NC 75019-3831
17244287  +Fine Micahel D,   131 S. Dearborn,   Chicago, IL 60603-5517
17244288  +Heavner Scott Beyers & Mihlar,   111 E. Main Street, Ste. 200,   P.O. Box 740,
            Decatur, IL 62525-0740
17244290  +Jefferson Capital Syst,   16 Mcleland Rd,   Saint Cloud, MN 56303-2160
17244292  +Lane Bryant Retail/soa,   4590 E Broad St,   Columbus, OH 43213-1301
17244293  +Metro South Medial Center,   PO Box 2753,   Bedford Park, IL 60499-2753
17244294  +Nissan Motor Acceptanc,   Pob 660366,   Dallas, TX 75266-0366
17244296  +Silver Leaf Resorts,   1221 River Bend Drive,   Suite 120,   Dallas, TX 75247-4911
17244297  +Wfnnb/lanebr,   4590 E Broad St,   Columbus, OH 43213-1301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18725579    E-mail/PDF: mrdiscen@discoverfinancial.com Jan 30 2014 00:08:19     Discover Bank,
            DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
17244286   +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 30 2014 00:08:19     Discover Fin,   Po Box 6103,
            Carol Stream, IL 60197-6103
17244289    E-mail/Text: cio.bncmail@irs.gov Jan 30 2014 00:02:19     IRS,   P.O. Box 7346,
            Philadelphia, PA 19101-7346
17244291   +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 30 2014 00:02:08     Kohls/capone,
            N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
17244295   +E-mail/Text: clientservices@northwestcollectors.com Jan 30 2014 00:02:28     Northwest Collectors,
            3601 Algonquin Rd Suite 500,   Rolling Meadows, IL 60008-3143
18724405    E-mail/Text: bnc-quantum@quantum3group.com Jan 30 2014 00:02:42
            Quantum3 Group LLC as agent for,   World Financial Network Bank,   PO Box 788,
            Kirkland, WA  98083-0788
                                                                                              TOTAL: 6

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17244285  ##+Citimortgage Inc,   Po Box 9438,dept 0251,   Gaithersburg, MD 20898-9438
                                                                                  TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2014                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: pseamann           Page 2 of 2              Date Rcvd: Jan 29, 2014
                              Form ID: pdf006          Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 28, 2014 at the address(es) listed below:
          Gregg  Szilagyi    gs@tailserv.com,  gszilagyi@ecf.epiqsystems.com;gszilagyi@epiqtrustee.com
          Jaime A Torres    on behalf of Debtor Valerie J Thomas rjscourtdocs@gmail.com
          Jan M Hulstedt    on behalf of Debtor Valerie J Thomas jan@freydinlaw.com,  rjscourtdocs@gmail.com
          Janna L Quarless    on behalf of Debtor Valerie J Thomas jquarless@robertjsemrad.com,
           rjscourtdocs@gmail.com
          Joseph A Baldi    on behalf of Trustee Gregg  Szilagyi jabaldi@baldiberg.com,
           jmanola@baldiberg.com
          Patrick  Semrad    on behalf of Debtor Valerie J Thomas psemrad@robertjsemrad.com,
           rjscourtdocs@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 7
```