UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
VALERIE J THOMAS § Case No. 11-19553
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  GREGG SZILAGYI, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $  (see **Exhibit 2**), yielded net receipts of $  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____ By:/s/GREGG SZILAGYI _____
                                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| VALERIE THOMAS |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Attn: Bankruptcy NC4-105-02-77 Po Box 26012 Greensboro, NC 27410 | | | | | |
| | Citimortgage Inc Po Box 9438,dept 0251 Gaithersburg, MD 20898 | | | | | |
| | Nissan Motor Acceptanc Pob 660366 Dallas, TX 75266 | | | | | |
| | Silver Leaf Resorts 1221 River Bend Drive Suite 120 Dallas, TX 75257 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gregg Szilagyi | | | | | |
| Gregg Szilagyi | | | | | |
| EMPLOYEE MEDICAL | | | | | |
| IL STATE INCOME | | | | | |
| SOCIAL SECURITY | | | | | |

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Associated Bank | | | | | |
| Bank of America | | | | | |
| FED INCOME TAX | | | | | |
| BALDI BERG & WALLACE | | | | | |
| P. C. Gaffney and Gaffney | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IRS P.O. Box 7346 Philadelphia, PA 19101-7346 | | | | | |
| 3 | IRS | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express Po Box 981535 El Paso, TX 79998 | | | | | |
| | Capital One, N.a. Bankruptcy Dept Po Box 5155 Norcross, GA 30091 | | | | | |
| | Chase P.o. Box 15298 Wilmington, DE 19850 | | | | | |
| | Citifinancial Services, Inc. 1111 Northpoint Drive Charlotte, NC 75019 | | | | | |
| | Discover Fin Po Box 6103 Carol Stream, IL 60197 | | | | | |
| | Jefferson Capital Syst 16 Mcleland Rd Saint Cloud, MN 56303 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Kohls/capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 |  |  |  |  |  |
|  | Lane Bryant Retail/soa 4590 E Broad St Columbus, OH 43213 |  |  |  |  |  |
|  | Metro South Medial Center PO Box 2753 Bedford Park, IL 60499 |  |  |  |  |  |
|  | Northwest Collectors 3601 Algonquin Rd Suite 500 Rolling Meadows, IL 60008 |  |  |  |  |  |
|  | Wfnnb/lanebr 4590 E Broad St Columbus, OH 43213 |  |  |  |  |  |
| 5 | American Express Centurion Bank |  |  |  |  |  |
| 2 | Discover Bank |  |  |  |  |  |
| 6 | N. A. Capital One |  |  |  |  |  |
| 4 | N. A. Capital One Bank (USA) |  |  |  |  |  |
| 1 | Quantum3 Group LLC as agent for |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES**

Exhibit 8

| Case No: | 11-19553 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | GREGG SZILAGYI |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | VALERIE J THOMAS | | | | Date Filed (f) or Converted (c): | 05/06/2011 (f) |
| | | | | | 341(a) Meeting Date: | 06/13/2011 |
| For Period Ending: | 03/09/2015 | | | | Claims Bar Date: | 06/28/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 10921 S. Wood Street | 226,500.00 | 2,530.00 | | 0.00 | 2,530.00 |
| 2. Silver Leaf Time Share Silverleaf Resorts, Inc. 1221 River B | 8,000.00 | 0.00 | | 0.00 | 0.00 |
| 3. Chase Bank Checking Account | 0.00 | 0.00 | | 0.00 | 0.00 |
| 4. First Merit Bank Checking | 200.00 | 0.00 | | 0.00 | 0.00 |
| 5. Used Furniture | 800.00 | 0.00 | | 0.00 | 0.00 |
| 6. Used Clothing | 300.00 | 0.00 | | 0.00 | 0.00 |
| 7. 401(k) | 300.00 | 0.00 | | 0.00 | 0.00 |
| 8. 2007 Nissan Altima | 14,775.00 | 11,516.00 | | 0.00 | 11,516.00 |
| 9. EMPLOYMENT CLAIM AGAINST COLE TAYLOR BANK | 50,000.00 | Unknown | | 31,339.25 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.68 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $300,875.00 | $14,046.00 | | $31,339.93 | $14,046.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/2013       Current Projected Date of Final Report (TFR):

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-19553 | Trustee Name: GREGG SZILAGYI |
| Case Name: VALERIE J THOMAS | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5542 |
| | Checking Acccount |
| Taxpayer ID No: XX-XXX5286 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/09/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/30/12 | | Transfer from Acct# XXXXXX9606 | Transfer of Funds | 9999-000 | $16,582.62 | | $16,582.62 |
| 10/16/12 | | Associated Bank | Technology Fee | 2600-000 | | $10.22 | $16,572.40 |
| 11/05/12 | | Associated Bank | Technology Fee | 2600-000 | | $10.56 | $16,561.84 |
| 12/07/12 | | Associated Bank | Technology Fee | 2600-000 | | $10.21 | $16,551.63 |
| 01/08/13 | | Associated Bank | Technology Fee | 2600-000 | | $10.54 | $16,541.09 |
| 02/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $24.59 | $16,516.50 |
| 03/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $22.18 | $16,494.32 |
| 04/05/13 | | Associated Bank | Technology Fee | 2600-000 | | $24.52 | $16,469.80 |
| 05/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $23.69 | $16,446.11 |
| 05/17/13 | 9 | VALERIE THOMAS | REFUND OF TAX REFUND | 1129-000 | $2,339.25 | | $18,785.36 |
| 06/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $26.13 | $18,759.23 |
| 07/08/13 | | Associated Bank | Technology Fee | 2600-000 | | $26.99 | $18,732.24 |
| 08/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $27.85 | $18,704.39 |
| 09/09/13 | | Associated Bank | Technology Fee | 2600-000 | | $27.81 | $18,676.58 |
| 09/16/13 | 1002 | VALERIE THOMAS | EXEMPTION AMT | 8100-002 | | $2,141.00 | $16,535.58 |
| 02/26/14 | 1003 | Gregg Szilagyi<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois 60605 | Final distribution representing a payment of 85.65 % per court order. | 2100-000 | | $3,143.32 | $13,392.26 |
| | | | Page Subtotals: | | $18,921.87 | $5,529.61 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-19553 | Trustee Name: GREGG SZILAGYI |
| Case Name: VALERIE J THOMAS | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5542 |
| | Checking Acccount |
| Taxpayer ID No: XX-XXX5286 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/09/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/26/14 | 1004 | BALDI BERG & WALLACE<br>20 NORTH CLARK STREET<br>CHICAGO, IL 60602 | Final distribution representing a payment of 85.65 % per court order. | 3210-000 | | $4,676.59 | $8,715.67 |
| 02/26/14 | 1005 | P. C. Gaffney and Gaffney | Final distribution representing a payment of 85.65 % per court order. | 3210-000 | | $8,715.67 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $18,921.87 | $18,921.87 |
| Less: Bank Transfers/CD's | $16,582.62 | $0.00 |
| Subtotal | $2,339.25 | $18,921.87 |
| Less: Payments to Debtors | $0.00 | $2,141.00 |
| Net | $2,339.25 | $16,780.87 |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Page Subtotals: $0.00   $13,392.26

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-19553 | Trustee Name: GREGG SZILAGYI |
| Case Name: VALERIE J THOMAS | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX9606 |
| | MONEY MARKET ACCOUNT |
| Taxpayer ID No: XX-XXX5286 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/09/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/28/12 | | COLE TAYLOR BANK | SETTLEMENT OF EMPLOYMENT ACTION | | $16,684.25 | | $16,684.25 |
| | | | Gross Receipts $29,000.00 | | | | |
| | | FED INCOME TAX | ($9,227.25) | 2810-000 | | | |
| | | EMPLOYEE MEDICAL | ($420.50) | 2500-000 | | | |
| | | SOCIAL SECURITY | ($1,218.00) | 2500-000 | | | |
| | | IL STATE INCOME | ($1,450.00) | 2500-000 | | | |
| | 9 | | EMPLOYMENT CLAIM AGAINST COLE TAYLOR BANK $29,000.00 | 1149-000 | | | |
| 04/30/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.13 | | $16,684.38 |
| 04/30/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $19.83 | $16,664.55 |
| 05/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.14 | | $16,664.69 |
| 05/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $21.17 | $16,643.52 |
| 06/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.13 | | $16,643.65 |
| 06/29/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $19.78 | $16,623.87 |
| 07/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.15 | | $16,624.02 |
| 07/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $21.80 | $16,602.22 |
| 08/30/12 | INT | Bank of America | | 1270-000 | $0.13 | | $16,602.35 |
| 08/30/12 | | Bank of America | | 2600-000 | | $19.73 | $16,582.62 |

Page Subtotals: $16,684.93   $102.31

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-19553 | Trustee Name: GREGG SZILAGYI |
| Case Name: VALERIE J THOMAS | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX9606 |
| | MONEY MARKET ACCOUNT |
| Taxpayer ID No: XX-XXX5286 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/09/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/30/12 | | Transfer to Acct# XXXXXX5542 | Transfer of Funds | 9999-000 | | $16,582.62 | $0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $16,684.93 | $16,684.93 |
| Less: Bank Transfers/CD's | | $0.00 | $16,582.62 |
| Subtotal | | $16,684.93 | $102.31 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $16,684.93 | $102.31 |

Page Subtotals: $0.00   $16,582.62

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5542 - Checking Acccount | $2,339.25 | $16,780.87 | $0.00 |
| XXXXXX9606 - MONEY MARKET ACCOUNT | $16,684.93 | $102.31 | $0.00 |
|  | $19,024.18 | $16,883.18 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $12,315.75 |
| Total Net Deposits: | $19,024.18 |
| Total Gross Receipts: | $31,339.93 |

Page Subtotals:  $0.00  $0.00